1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
3  DeCARLO, CONNOR & SHANLEY                    JS - 6
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6

7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                         SOUTHERN DIVISION
12

13
   CARPENTERS SOUTHWEST            ) CASE NO.  SACV 11-00792
14 ADMINISTRATIVE CORPORATION, a   )        JVS(ANx)
   California non-profit corporation; and )
15 BOARD OF TRUSTEES FOR THE       ) JUDGMENT
   CARPENTERS SOUTHWEST TRUSTS,    )
16                                 )
                     Plaintiffs,   )
17                                 )
   v.                              )
18                                 ) Before the Honorable
   AMERICAN SCAFFOLD, a            )      James V. Selna
19 California corporation, doing business )
   as AMERICAN SCAFFOLD, INC.;     )
20 WEST COAST SCAFFOLDING, INC., a )
   California corporation, also doing business )
21 as AMERICAN SCAFFOLD, INC., also ) DATE: November 14, 2011
   doing business as AMERICAN      ) TIME:  1:30 p.m.
22 SCAFFOLD; SHAWN HUANG, an       ) CTRM:  10C
   individual; ALVIN McDONALD RUIS, )
23 JR., an individual; AMERICAN    )
   CONTRACTORS INDEMNITY           )
24 COMPANY, a California corporation; )
   and DOES 1 through 10, inclusive, )
25                                 )
                     Defendants.   )
26 _____ )

27

28

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment (Docket No. 28), the Court enters the following Judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST AND FOURTH CLAIMS FOR RELIEF AGAINST AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC.</u>:

| | | |
|---|---|---:|
| 1. | Unpaid contributions (LaNell Decl. ¶ 19 & Ex. 8 (showing calculation of unpaid contributions).) | $323,364.45 |
| 2. | Liquidated damages (<u>See, e.g.</u>, Nell Decl., Ex. 5 at Art. III, § 3 (authorizing 10% liquidated damages for untimely paid contributions under health and welfare trust agreement); <u>id.</u> Exs. 8-9 (showing calculation of total late and unpaid contributions at 10% liquidated damages rate).) | 52,933.61 |
| 3. | Interest on the unpaid contributions (<u>See, e.g.</u>, Nell Decl., Ex. 5 at Art. III, § 3 (authorizing 7% interest on unpaid contributions and liquidated damages); <u>id.</u> Ex. 10 (showing calculation of prejudgment interest). | 30,960.25 |
| 4. | Attorneys' fees: <u>See</u> Local Rule 55-3 (for judgments exceeding $100,000, $5,600 plus 2% of the amount of judgment exceeding $100,000, or $5,600 x (.02 x ($376,298.06-100,000)) = $5,600 + 5,525.96 = $11,125.96). | 11,125.96 |
| **GRAND TOTAL** | | **$418,384.27** |
| 5. | Plus costs to be determined after entry of judgment pursuant to the procedure set forth in Local Rule 54.4. | |

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week ending November 10, 2011.[1]

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC.:</u>

1. For issuance of a permanent injunction restraining and enjoining AMERICAN SCAFFOLD for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

 a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period September 2011 through the present,

 b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of AMERICAN SCAFFOLD, employed during the previous month under the AGREEMENTS,

 c. A declaration from a responsible employee of AMERICAN SCAFFOLD, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for AMERICAN

---

[1] Although usually this rate is usually referenced as the week ending on a Friday, rather than on a Thursday as referenced above, Friday, November 11, 2011, is a federal holiday.

3

SCAFFOLD's Monthly Report; and

      d.    Checks for the full amount shown as owing to each Trust on AMERICAN SCAFFOLD's Monthly Report, payable as designated on the Monthly Report.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FOURTH CLAIM FOR RELIEF AGAINST ALVIN McDONALD RUIS, JR., an individual:</u>

| | | |
|---|---|---:|
| 1. | Balance on Personal Guarantee (<u>See</u> Gifford Decl. Ex. 12 (personal guarantee); <u>id.</u> Ex. 14 (balance remaining).) | $197,429.54 |
| 2. | Interest on the balance (<u>Id.</u>) | 13,164.37 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 $5,600 x (.02 x ($197,429.54 - $100,000)) = $5,600 + 1,948.59 = $7,548.59 | 7,548.59 |
| | GRAND TOTAL | $218,142.50 |
| 4. | Plus costs to be determined after entry of judgment pursuant to the procedure set forth in Local Rule 54.4. | |
| 5. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week ending November 10, 2012. | |

Certain amounts above are duplicative. Specifically, Defendant Ruis executed a personal guarantee for amounts owed by Defendant American Scaffold that have been reduced to judgment herein. (<u>Compare</u> Gifford Decl. Ex. 11 (showing personal guarantee for contributions for time periods September 2008, November through December 2008, February 2009 through June 2009, December

4

2009, and January through June 2010) <u>with</u> LaNell Decl. Ex. 8 (showing calculations as including these same time periods). This judgment shall not be executed in a manner that effectuates a double recovery for the same contributions or interest thereon.

**IT IS SO ORDERED.**

DATED: November 22, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By: /s/ Margaret R. Gifford   11/15/11
    MARGARET R. GIFFORD
    Attorney for Plaintiffs