MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telefax: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | CASE NO. SACV 11-00792 JVS (ANx) |
| Plaintiffs, | REVISED AMENDED JUDGMENT |
| v. | |
| AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC.; WEST COAST SCAFFOLDING, INC., a California corporation, also doing business as AMERICAN SCAFFOLD, INC., also doing business as AMERICAN SCAFFOLD; SHAWN HUANG, an individual; ALVIN McDONALD RUIS, JR., an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; and DOES 1 through 10, inclusive, | Before the Honorable James V. Selna |
| | DATE:  January 7, 2013 TIME:  1:30 p.m. CTRM:  10C |
| Defendants. | |

This matter is before the Court on Plaintiffs' Motion to Amend the

Judgment, which the Court has reviewed.

It appearing that defendant, AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC., ("AMERICAN SCAFFOLD"), having been regularly served with this motion and having failed to respond; on motion of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST AND FOURTH CLAIMS FOR RELIEF AGAINST AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC.:</u>

| | | |
|---|---|---|
| 1. | Unpaid contributions | $225,525.33 |
| 2. | Liquidated damages | 22,486.93 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 87.21 |
| 4. | Audit Fees | 98.20 |
| 5. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from due dates to January 7, 2013 (accruing at $47.56 per day) | 12,377.43 |
| 6. | Attorneys' fees pursuant to L.R. 55-3 | 4,963.95 |
| | GRAND TOTAL | $265,539.05 |
| 7. | Plus costs to be determined after entry of judgment. | |

8.      Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.16% per annum.

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST AMERICAN SCAFFOLD, a California corporation, doing business as AMERICAN SCAFFOLD, INC.:

1.      For issuance of a permanent injunction restraining and enjoining AMERICAN SCAFFOLD for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a.      Complete, truthful and accurate Employers Monthly Reports to Trustees for the period September 2011 through the present,

    b.      A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of AMERICAN SCAFFOLD, employed during the previous month under the AGREEMENTS,

    c.      A declaration from a responsible employee of AMERICAN SCAFFOLD, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for AMERICAN SCAFFOLD's Monthly Report; and

////

////

////

////

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

       d.    Checks for the full amount shown as owing to each Trust on AMERICAN SCAFFOLD's Monthly Report, payable as designated on the Monthly Report.

DATED:   January 31, 2013

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

4